IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC.<br>d/b/a IOU FINANCIAL, INC.,<br><br>    Plaintiff,<br>vs.<br><br>T&M INVESTMENTS, INC.,<br>HAITHAM KAMEL NASIF<br>A/K/A KAMAL H. NASIF<br>A/K/A KENNY NASIF,<br>IKHLAS H. NASIF,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: CASE NO. 1:20-cv-01223-CAP<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER ON MOTION [DOC 26]

Upon consideration of the Motion to Transfer and For Leave [Doc 26] filed in response to the Order [Doc 25] being advised in the premises, the Court finds and orders as follows:

The Motion is **GRANTED.** This case is transferred to the Southern District of Florida, Palm Beach Division. The Clerk shall close this case.

**IT IS SO ORDERED** this 19th day of January 2021.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge
Northern District of Georgia