IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

IOU CENTRAL, INC.
d/b/a IOU FINANCIAL, INC

    Plaintiff,

vs.                                                CASE NO. 9:21-cv-080102: DMM

T&M INVESTMENTS, INC,,
HAITHAM KAMEL NASIF,
A/K/A KAMAL H. NASIF,
A/K/A KENNY NASIF,
MAJESTIC GROUP MANAGEMENT
LLC

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION [D.E. 38]

Per L.R. 7.1, IOU withdraws its Motion for Leave [D.E. 38].

.   Respectfully submitted this 5th day of February 2021

                By:    */s/Paul G. Wersant*
                         Paul G. Wersant
                         Florida Bar No. 48815
                         3245 Peachtree Parkway, Suite D-245
                         Suwanee, Georgia 30024
                         Telephone: (678) 894-5876
                         Email: pwersant@gmail.com
                         Attorney for Plaintiff
                         File No. 153163